UNITEDSTATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Darren Terry,

    Defendant.
_____/

Criminal No. 11-cr-20752

Honorable Sean F. Cox

## ORDER TO SEAL GOVERNMENT EXHIBITS

The government having moved to seal the government's exhibits one and two in the <u>United States' Response Opposing the Defendant's Motion for Compassionate Release</u>, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that the government's exhibits one and two in the <u>United States' Response Opposing the Defendant's Motion for Compassionate Release,</u> be sealed until further Order of this Court.

Dated: July 8, 2020

                                                  <u>s/Sean F. Cox</u>
                                                  Sean F. Cox
                                                  U. S. District Judge